AUTO ACCEPTANCE CORPORATION *v.* JOSEPH VENEZIANO

The petition by the plaintiff for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Arthur M. Lewis,* in support of the petition.

*Theodore A. Lubinsky,* in opposition.

Submitted September 14—decided October 15, 1964

The motion by the defendant to strike the notice of petition for certification for appeal from the Appellate Division of the Circuit Court, to terminate the stay of proceedings and enter judgment of the Appellate Division and to order the clerk not to accept the petition is denied.

*Theodore A. Lubinsky,* in support of the motion.

*Arthur M. Lewis,* in opposition.

Submitted September 22—decided October 15, 1964

The motion by the defendant to dismiss the petition for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Theodore A. Lubinsky,* in support of the motion.

Submitted September 28—decided October 15, 1964

ADELAIDE R. KUGEL *v.* JOHN H. KUGEL

The motion by the plaintiff to dismiss the appeal from the Superior Court in Fairfield County at Stamford is denied because premature.

*Bernard Glazer,* for the appellee (plaintiff).

*Morgan P. Ames,* for the appellant (defendant).